**FILED**
IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

AUG 15 2008 PM 02:33

W. YVONNE EVANS.
CLERK

DEPUTY CLERK

**ORIGINAL**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| In re: INTERNATIONAL MANAGEMENT ASSOCIATES, LLC; INTERNATIONAL MANAGEMENT ASSOCIATES ADVISORY GROUP, LLC; INTERNATIONAL MANAGEMENT ASSOCIATES PLATINUM GROUP, LLC; INTERNATIONAL MANAGEMENT ASSOCIATES EMERALD FUND, LLC; INTERNATIONAL MANAGEMENT ASSOCIATES TAURUS FUND, LLC; INTERNATIONAL MANAGEMENT ASSOCIATES GROWTH & INCOME FUND, LLC; INTERNATIONAL MANAGEMENT ASSOCIATES SUNSET FUND, LLC; IMA REAL ESTATE FUND, LLC; PLATINUM II FUND, LP; EMERALD II FUND, LP, <br><br> Debtors. | : : : : : : : : : : : : : : : : : : : : | Jointly Administered Under Case No. 06-62966-pwb <br><br> Chapter 11 <br><br> Judge Bonapfel |
| WILLIAM F. PERKINS, in his capacity as Chapter 11 Trustee of International Management Associates, LLC and its affiliated debtors, <br><br> Plaintiff, <br><br> v. <br><br> SMITH, GAMBRELL & RUSSELL, LLP AND C. GLADWYN GOINS, <br><br> Defendants. | : : : : : : : : : : : : : : : | Adversary Proceeding No. 08-06382-pwb <br><br> **RELIEF IS SOUGHT FROM A UNITED STATES DISTRICT COURT JUDGE** <br><br> **JURY TRIAL DEMANDED** |

## DEFENDANT SMITH, GAMBRELL & RUSSELL, LLP'S MOTION TO WITHDRAW THE REFERENCE

Pursuant to 28 U.S.C. § 157(d) and Rule 5011 of the Federal Rules of Bankruptcy Procedure, Defendant Smith, Gambrell & Russell, LLP ("SGR") hereby moves the District Court to withdraw the reference of all claims against SGR in this adversary proceeding.  For the reasons more fully stated in the accompanying Defendant Smith Gambrell & Russell's Brief in Support of Motion to Withdraw the Reference, which is incorporated herein by reference, cause exists to withdraw the reference.  Both the Trustee plaintiff and SGR have demanded a jury trial in this noncore adversary proceeding (and SGR does not consent to the Bankruptcy Court conducting a jury trial).  This action alleges only state law claims which allegedly arose prepetition and which are far removed from bankruptcy law such that more than sufficient cause exists to withdraw the reference to the District Court to protect SGR's constitutional rights and to ensure judicial efficiency.  Defendant C. Gladwyn Goins does not object to this motion to withdraw the reference.

WHEREFORE, SGR respectfully requests that the District Court withdraw the reference of all claims in this adversary proceeding.

Respectfully submitted, this 25th day of July, 2008.

H. Lamar Mixson
Georgia Bar No. 514012
mixson@bmelaw.com
Nicole G. Iannarone
Georgia Bar No. 382510
iannarone@bmelaw.com

Bondurant, Mixson & Elmore, LLP
3900 One Atlantic Center
1201 West Peachtree Street, NW
Atlanta, Georgia 30309-3417
Telephone: (404) 881-4171
Facsimile: (404) 881-4111

Attorneys for Defendant
Smith, Gambrell & Russell, LLP

161215                              3

## CERTIFICATE OF SERVICE

This is to certify that I have this date caused a true and correct copy of the

foregoing **DEFENDANT SMITH, GAMBRELL & RUSSELL, LLP'S**

**MOTION TO WITHDRAW THE REFERENCE** to be served on all counsel of

record by United States First Class mail, addressed as follows:

> Robert E. Shields, Esq.
> Everette L. Doffermyre, Esq.
> Samuel W. Wethern, Esq.
> Sheryl L. McCalla, Esq.
> Doffermyre, Shields, Canfield, Knowles
>   & Devine, LLC
> 1355 Peachtree Street, Suite 600
> Atlanta, GA  30309
> COUNSEL FOR PLAINTIFF

> John A. Chandler, Esq.
> Sutherland Asbill & Brennan LLP
> 999 Peachtree Street, N.E.
> Atlanta, GA  30309-3996
> COUNSEL FOR DEFENDANT C. GLADWYN GOINS

This 25th day of July, 2008.

Nicole G. Iannarone

161215                                                4

U. S. BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

# 01116362 - JA
July 25, 2008

| Code | Case No | Qty | Amount | By |
|------|---------|-----|--------|-----|
| ST1  | 08-06382 |    | $150.00 | CK |

  Judge - Paul W. Bonapfel
  Debtor - INTERNATIONAL MANAGE

TOTAL:                    $150.00

FROM: Bondurant, Mixson & Elmore, LLP
      3900 One Atlantic Ctr
      1201 West Peachtree Street NW
      Atlanta, GA 30309

Page 1