# EXHIBIT
# D

# HARVARD LAW SCHOOL

CAMBRIDGE · MASSACHUSETTS · 02138

John C. Coates, IV
Griswold 400
1525 Massachusetts Avenue
Cambridge, MA 02138
Telephone: 617-496-4420
Fax: 617-496-5156

March 31, 2008

Doffermyre Shields Canfield Knowles & Devine, LLC
1355 Peachtree St., Suite 1600
Atlanta, GA 30309

c/o: Everette L. Doffermyre

Re: IMA, LLC et al. v. ~~Ashland Partners, LLP et al.~~ SGHR

| | |
|---|---|
| Hours worked | 22.7 |
| Billing rate | $950 per hour |
| Total hourly charge | $ 21,565.00 |
| Expenses<br>Ground transportation to office for special work session on report | $ 177.34 |
| Total | $ 21,742.34 |

HAYSSUPP039824

July 6, 2009

Doffermyre Shields Canfield Knowles & Devine, LLC
1355 Peachtree St., Suite 1600
Atlanta, GA 30309

c/o:  Everette L. Doffermyre

Re:  IMA, LLC et al. v. Ashland Partners, LLP et al.

---

| | | | |
|---|---|---|---|
| Hours worked 4/1/08 – 6/30/09 | 26.0 | | |
| Billing rate | $950 per hour | | |
| Total hourly charge | | $ | 24,700.00 |
| Expenses | | $ | 0.00 |
| Total | | $ | 24,700.00 |

HAYSSUPP039825